*Biddle, Assistant Attorney General Arnold,* and *Messrs. James C. Wilson* and *John S. L. Yost* for the United States.

No. 105. UNION TRUST CO., FORMER EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Paul Y. Davis, Kurt F. Pantzer,* and *William G. Sparks* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth,* and *Miss Louise Foster* for respondent.

No. 106. WASHINGTON COUNTY FIRE INSURANCE CO. *v.* DRISCOLL, COLLECTOR OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William G. Heiner* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for respondent.

No. 110. LEE H. MARSHALL HEIRS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles Denby* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 111. DOYLE ET UX. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for